# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1731

_____

|  |  |  |
|---|---|---|
| Terry Borchardt, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| State of Minnesota; Minnesota | * | District of Minnesota. |
| Department of Revenue; Acting | * | |
| through agents James Lee and Jerry | * | [UNPUBLISHED] |
| McClure, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 13, 2008
Filed: February 19, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Terry Borchardt appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(1) dismissal with prejudice of his complaint challenging the garnishment of his wages pursuant to a Notice of Levy issued by the Minnesota Department of Revenue. Upon de novo review, see Cedar Rapids Cellular Tel., L.P. v. Miller, 280 F.3d 874,

_____

[1]The Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

878 (8th Cir. 2002), we conclude that dismissal was proper for the reasons stated by the district court. However, we modify the judgment to be without prejudice, <u>see</u> <u>Hernandez v. Conriv Realty Assocs.</u>, 182 F.3d 121, 123 (2d Cir. 1999) (Article III prevents federal courts from dismissing case with prejudice where subject matter jurisdiction is lacking), and we affirm the judgment as modified, <u>see</u> 8th Cir. R. 47B.

_____